MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTHEW CORE and<br>TONI TINAY,<br><br>                    Defendants. | CASE NO. 2:18-MJ-00191-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: October 9, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

    Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Toni Tinay, both individually and by and through her counsel of record, Noa Oren, hereby stipulate as follows:

    1.    The Complaint in this case was filed on September 21, 2018, and Defendant Toni Tinay first appeared before a judicial officer of the Court in which the charges in this case were pending on September 25, 2018. Defendant Matthew Core has not yet been apprehended and a warrant is out for his arrest. The court set a preliminary hearing date of October 9, 2018.

    2.    By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to November 15, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's collection and production of

discovery and continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    3.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 9, 2018, and November 15, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO STIPULATED.

Dated:  October 1, 2018                                           McGREGOR W. SCOTT
                                                                             United States Attorney

                                                                             /s/ ROBERT J. ARTUZ
                                                                             ROBERT J. ARTUZ
                                                                             Special Assistant U.S. Attorney

Dated:  October 1, 2018                                           /s/ NOA OREN
                                                                             NOA OREN
                                                                             Assistant Federal Defender
                                                                             Counsel for Defendant
                                                                             Toni Tinay

McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-MJ-00191-CKD |
|---|---|
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| MATTHEW CORE and TONI TINAY, | DATE: October 9, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 1, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to November 15, 2018, at 2:00 p.m.

2. The time between October 9, 2018, and November 15, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: October 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE