1  McGREGOR W. SCOTT
   United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO. 2:18-MJ-00191-CKD

12                     Plaintiff,         STIPULATION FOR EXTENSION OF TIME FOR
                                          PRELIMINARY HEARING PURSUANT TO RULE
13          v.                            5.1(D) AND EXCLUSION OF TIME AND
                                          [PROPOSED] FINDINGS AND ORDER
14 MATTHEW CORE and
   TONI TINAY,                            DATE: January 25, 2019
15                                        TIME: 2:00 p.m.
                                          COURT: Hon. Edmund F. Brennan
16                     Defendants.

17

18         Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S.

19 Attorney ROBERT J. ARTUZ, and Defendant, Toni Tinay, both individually and by and through her

20 counsel of record, Noa Oren, hereby stipulate as follows:

21         1.      The Complaint in this case was filed on September 21, 2018, and Defendant Toni Tinay

22 first appeared before a judicial officer of the Court in which the charges in this case were pending on

23 September 25, 2018. Defendant Matthew Core is not yet in federal custody and a warrant is out for his

24 arrest. The court set a preliminary hearing date of December 13, 2018.

25         2.      By a previous stipulations and orders, the Court continued the preliminary hearing date

26 from October 9, 2018, to November 15, 2018, to December 13, 2018, and again to January 25, 2019, and

27 excluded time.  ECF 9, 14, & 17.

28         3.      By this fourth stipulation, the parties jointly move for an additional extension of time of

   STIPULATION                                   1

1   the preliminary hearing date to February 15, 2019, at 2:00 p.m., before the duty Magistrate Judge,

2   pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the delay

3   is required to allow the defense reasonable time for preparation, and for the government's collection and

4   production of discovery and continuing investigation of the case.  For example, the government is

5   continuing to provide discovery relevant to this case.  Defense counsel needs additional time to review

6   and consider all the evidence and to conduct further investigation.  The parties further agree that the

7   interests of justice served by granting this continuance outweigh the best interests of the public and the

8   defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

9         4.       The parties agree that good cause exists for the extension of time, and that the extension

10   of time would not adversely affect the public interest in the prompt disposition of criminal cases.

11   Therefore, the parties request that the time between January 25, 2019, and February 15, 2019, be

12   excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

13      IT IS SO STIPULATED.

14

15   Dated:  January 23, 2019              McGREGOR W. SCOTT
                                           United States Attorney

16

17                                   /s/ ROBERT J. ARTUZ
                                  ROBERT J. ARTUZ

18                                   Special Assistant U.S. Attorney

19

20   Dated:  January 23, 2019              /s/ NOA OREN
                                  NOA OREN

21                                   Assistant Federal Defender
                                  Counsel for Defendant

22                                   Toni Tinay

23

24

25

26

27

28

1    McGREGOR W. SCOTT
     United States Attorney
2    ROBERT J. ARTUZ
     Special Assistant U.S. Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA 95814
4    Telephone: (916) 554-2700
     Facsimile:  (916) 554-2900

5

6    Attorneys for Plaintiff
     United States of America

7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                CASE NO.  2:18-MJ-00191-CKD

12                          Plaintiff,        [PROPOSED] FINDINGS AND ORDER
                                              EXTENDING TIME FOR PRELIMINARY
13                   v.                       HEARING PURSUANT TO RULE 5.1(d) AND
                                              EXCLUDING TIME
14   MATTHEW CORE and
     TONI TINAY,                              DATE: January 25, 2019
15                                            TIME: 2:00 p.m.
                                              COURT: Hon. Edmund F. Brennan
16                          Defendants.

17

18          The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19   Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on January 23, 2019.

20   The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21   demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22   5.1(d) of the Federal Rules of Criminal Procedure.

23          Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24   of justice served by granting this continuance outweigh the interests of the public and the defendant in a

25   speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not

26   adversely affect the public interest in the prompt disposition of criminal cases.

27          THEREFORE, FOR GOOD CAUSE SHOWN:

28          1.      The date of the preliminary hearing is extended to February 15, 2019, at 2:00 p.m.

     [PROPOSED] FINDINGS AND ORDER                          1

1      2.       The time between January 25, 2019, and February 15, 2019, shall be excluded from

2  calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3      3.       Defendants shall appear at that date and time before the Magistrate Judge on duty.

4

5      IT IS SO ORDERED.

6

7  Dated:   January 28, 2019

                   THE HONORABLE EDMUND F. BRENNAN
                   UNITED STATES MAGISTRATE JUDGE

8

9

10

[PROPOSED] FINDINGS AND ORDER