1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   NOA E. OREN, #297100
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, CA 95814
    Telephone: 916-498-5700
5   Fax: 916-498-5710

6   Attorneys for Defendant
    TONI TINAY
7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No.  2:19-cr-00024-JAM

12                    Plaintiff,        STIPULATION TO RELEASE TO RRC;
                                        [PROPOSED] ORDER
13  vs.
                                        JUDGE: Hon. Jeremy D. Peterson
14  TONI TINAY,

15                    Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, that Ms. Tinay be released to reside for 180 days at RRC in San Francisco on

19  January 18, 2023 because a bed space is available for Ms. Tinay at that time. United States

20  Probation Officer Becky Fidelman is in agreement with the requested modification and the

21  District Court has signed off on this modification of Ms. Tinay's conditions.  *See* Doc. 62.

22  USPO Fidelman requests that Ms. Tinay be released to the custody of the United States Marshals

23  at 9:00 a.m. on January 18, 2023.  Given the agreement by both parties and probation, no hearing

24  is requested in this matter.

25                                      Respectfully submitted,

26                                      HEATHER E. WILLIAMS
                                        Federal Defender
27

28  DATED: January 12, 2023             */s/ Noa Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorneys for Defendant TONI TINAY

1

2

PHILLIP A. TALBERT
United States Attorney

3

DATED:  January 12, 2023

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorneys
Attorneys for Plaintiff

TINAY: Stipulation and [Proposed]
Order to Release

**<u>O R D E R</u>**

**IT IS SO ORDERED** that Ms. Toni Tinay Conditions of Release be modified to release her to the custody of the United States Marshals on January 18, 2023, at 9:00 a.m. so that she may reside at RRC in San Francisco for 180 days because a bed space is available on that day.

DATED: January 12, 2023

HONORABLE JEREMY D. PETERSON
United States Magistrate Judge
Eastern District of California