UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

January 17, 2023

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

TONI TINAY

   Defendant.

Case No.  2:19-cr-00024-JAM

**ORDER FOR TEMPORARY
RELEASE OF
PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TONI TINAY  Case No.  2:19-cr-00024-JAM  Charges 18 USC § 1344  from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

  _____ Unsecured Appearance Bond $ _____

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety as stated on the record

   in open court.

  _____ Corporate Surety Bail Bond

   (Other): Defendant temporarily released to the custody

  X of the US Marshals on 1/18/2023 at 9:00 AM so she

  _____ can reside at RRC in San Francisco, CA for 180 days .

Issued at Sacramento, California on at 9:30 AM on January 17, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE